UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE P. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA HOME LOANS, ET AL.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-CV-05811-JPB |

## ORDER

This matter is before the Court upon *sua sponte* review. On July 29, 2019, this Court adopted the Magistrate Judge's Final Report and Recommendation. Although Defendants' Motion to Dismiss was granted because Plaintiff pled her action in a shotgun fashion, Plaintiff was granted leave to amend her Complaint within twenty-one days. [Doc. 52]. Despite being granted leave to amend, Plaintiff never filed an Amended Complaint to remedy the pleading deficiencies. As such, this action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case.

**SO ORDERED** this 26th day of August, 2019.

J. P. BOULEE
United States District Judge